AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Julio Cesar Calderon-Soto

**CRIMINAL COMPLAINT**

Case Number: M-19-0241-M

United States District Court
Southern District of Texas
FILED
FEB 02 2019
Clerk of Court

IAE    YOB: 1986
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **2/1/2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Julio Cesar Calderon-Soto was encountered by Border Patrol Agents near Mission, Texas on February 1, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 1, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 10, 2014 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 30, 2010, the defendant was convicted of Automobile Homicide Criminal Negligence DUI of Alcohol/Drugs and was given a sentence of zero (0) to five (5) years confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 02, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 2, 2019 @ 3:50 pm

**/S/ Miguel Valle**
Signature of Complainant
Miguel Valle     Senior Patrol Agent

Scott J. Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer